Scott T Wilbert
LSCI Allenwood-Low
P.O. Box 1000
White deer, P.A.
17787



CERTIFIED MAIL

7000 0600 0023 2001 4203





U.S. POSTAGE PAID
FCM LG ENV
WHITE DEER, PA
17887
JUN 14, 22
AMOUNT
$0.00
R2305K138972-08
1000   14614

Low Security Correctional Institution
Allenwood, PA 17887
Date 6-14-22

The enclosed letter was processed through
special mailing procedures for forwarding to
you. The letter has neither been opened nor
inspected. If the writer raises a question or
problem over which this facility has
jurisdiction, you may wish to return the
material for further information or clarification.
If the writer encloses correspondence for
warding to another address, please return the
enclosure to the above address.

⇔27018-055⇔
Kenneth B Keating
Federal Building
100 State St, Room 2120
Rochester, NY 14614
United States

Hon DAVID LAriimer



USDC WDNY
JUN 16 2022
ROCHESTER